■ RODNEY TOWNSEND, Respondent, v JONATHAN A. CARR, Individually and as a Police Officer of the City of Rome, et al., Appellants. [841 NYS2d 923]—Appeal from an order of the Supreme Court, Oneida County (Robert F. Julian, J.), entered May 22, 2006 in an action seeking damages for, inter alia, false arrest and false imprisonment. The order denied defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in the decision at Supreme Court. Present—Gorski, J.P., Smith, Centra, Fahey and Green, JJ.